IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHEKINAH LIGHTSPIRIT,<br><br>               Petitioner,<br><br>vs.<br><br>STATE OF NEBRASKA,<br><br>               Respondent. | **8:24CV416**<br><br>**MEMORANDUM AND ORDER** |

      This matter is before the Court on Petitioner's "Motion to Amend Information Pertaining to Name of Respondent," Filing No. 11, and a "Praecipe for Documents," Filing No. 12, which the Court construes as a motion. As explained below, the motion to amend Respondent's name will be granted and the praecipe motion will be denied as moot.

      In Petitioner's first motion, Petitioner essentially asks to substitute Craig Gable, Warden at the Reception and Treatment Center, as the named respondent in this case. Upon consideration, Petitioner's motion, Filing No. 11, is granted.

      In the second motion titled "Praecipe for Documents," Petitioner asks the Clerk of the Court to certify and deliver copies of the petition, Filing No. 1, and Petitioner's motion to amend Respondent's name, Filing No. 11, to the Nebraska Attorney General and Gable. Petitioner's request is unnecessary, however, because the petition and Petitioner's motion to amend have already been served on the Nebraska Attorney General, as counsel for Respondent, through the Court's electronic case filing system ("CM/ECF") and the documents do not need to be separately served on the newly-named

Respondent Gable. Petitioner's praecipe motion, therefore, will be denied as moot.

IT IS THEREFORE ORDERED that

1. Petitioner's "Motion to Amend Information Pertaining to Name of Respondent," Filing No. 11, is granted. The Clerk's office is directed to update the Court's records to reflect that Craig Gable is the sole respondent in this action.

2. Petitioner's "Praecipe for Documents," Filing No. 12, construed as a motion, is denied as moot.

Dated this 17th day of June, 2025.

BY THE COURT:

*/s/ John M. Gerrard*

John M. Gerrard
Senior United States District Judge